UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

_____

In re:

**Nelson A. Sanchez,**

                Debtor.

Order Filed on July 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No. 18-11466-RG

Hearing date:   6/26/18 @ 10:00 am

Judge:   Gambardella

**ORDER DISMISSING PETITION FOR FAILURE OF
DEBTOR TO APPEAR AT A §341(a) HEARING**

**The relief set forth on the following page(s) numbered two (2) is hereby**

**ORDERED**

**DATED: July 2, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
**Re:   Nelson A. Sanchez, Debtor**
         **Chapter 7; Case No. 18-11466-RG**
         **ORDER DISMISSING PETITION FOR FAILURE OF**
         **DEBTOR TO APPEAR AT A §341(a) HEARING**

_____

**THIS MATTER,** having been opened to the Court by Muscarella, Bochet, Edwards & D'Alessandro, P.C., attorneys for Trustee Barbara A. Edwards, upon a Motion seeking to dismiss the within petition, and the Court having considered the affidavit in support of the Motion and any opposition submitted thereto, and good cause having been shown; it is

**ORDERED** that the within petition be and the same is hereby dismissed; and it is further

**ORDERED** that any discharge that may have been entered administratively be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Nelson A. Sanchez  
    Debtor

Case No. 18-11466-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 06, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.  
db          +Nelson A. Sanchez,    498 Broad Avenue,    Englewood, NJ 07631-5009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:  
        Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,  
         NJ48@ecfcbis.com  
        Barbara    Edwards    bedwardstrustee@aol.com,    NJ48@ecfcbis.com  
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,  
   as Trustee for the   certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25  
    dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New  
  York, as Trustee for the    certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES  
  2006-25 kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William P. Bonomo    on behalf of Debtor Nelson A. Sanchez nyattybill@aol.com,  
  bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bes  
  tcase.com  
                                                                                                                                           TOTAL: 6